HEATHER FERBERT, City Attorney
JEAN JORDAN, Assistant City Attorney
JENNIFER M. MARTIN, Deputy City Attorney
California State Bar No. 322048
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendant CITY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALIREZA "ALI" SALEMI,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION; CITY OF CARLSBAD; CARLSBAD POLICE DEPARTMENT; CITY OF SAN DIEGO; SAN DIEGO LAW ENFORCEMENT COORDINATION CENTER (SD-LECC); ENCINITAS UNION SCHOOL DISTRICT; STAYBRIDGE SUITES CARLSBAD/ IHG HOTELS & RESORTS; SMILES FOR HEALTH DDS; CALIFORNIA DENTAL BOARD; JOHN DOES 1-50,

Defendants.

Case No. 25-cv-03387-LL-GC

**DEFENDANT CITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**[Fed. R. Civ. P. Rules 12(b)(2), (4), (5), (6) and Rule 8]**

**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**

Date: August 17, 2026 (Per Chambers Rule 3.B)

Judge: Hon. Linda Lopez
Court Room: 14B
Trial: None Set

TO: PLAINTIFF ALIREZA “ALI” SALEMI, all parties and their attorneys of record:

PLEASE TAKE NOTICE that, pursuant to Hon. Linda Lopez’ Chambers Rule 3.B, on August 17, 2026, or as soon thereafter as may be heard in Courtroom 14B of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, before the Honorable Linda Lopez, Defendant City of San Diego (the “City”) will, and hereby does,

move the Court for an order dismissing Plaintiff's First Amended Complaint (ECF No. 16) in its entirety as against the City. Under Civil Local Rule 7.1(d)(1) and the Court' Chamber Rules, the City respectfully submits that the Motion may be determined on the papers, without oral argument.

The Motion is brought under Federal Rules of Civil Procedure 12(b)(6), 8(a), and, in the alternative, 12(b)(2), 12(b)(4), and 12(b)(5), on the following grounds:

1. The First Amended Complaint fails to state any claim against the City upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

2. Plaintiff's state-law damages claims are barred by his failure to present a timely claim to the City under the California Government Claims Act. Cal. Gov't Code §§ 911.2, 945.4.

3. Each claim is barred by the applicable statute of limitations, which appears on the face of the First Amended Complaint and Plaintiff's own allegations.

4. The First Amended Complaint lumps all defendants together and fails to give the City fair notice of any claim against it. Fed. R. Civ. P. 8(a).

5. The claims against the City violate the doctrine of claim splitting and duplicate a first-filed action already pending in this District, *Salemi v. City of Carlsbad*, No. 3:25-cv-02934-AGS-MSB.

6. In the alternative, service of process was insufficient because Plaintiff served an incomplete copy of the operative pleading; the City moves to quash service and for an order directing Plaintiff to re-serve the complete pleading. Fed. R. Civ. P. 12(b)(2), (4), (5).

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice, the First Amended Complaint and all other pleadings, records, and papers on file in this action, and any oral or written argument the Court may permit.

By this Motion, the City requests that the Court dismiss all claims against it with prejudice. In the alternative, and to the extent any claim survives dismissal, the City requests that the Court quash Plaintiff's defective service and direct him to serve the complete, operative First Amended Complaint within a date certain.

Dated: July 13, 2026

HEATHER FERBERT, City Attorney

By */s/ Jennifer M. Martin*
Jennifer M. Martin
Deputy City Attorney

Attorneys for Defendant
CITY OF SAN DIEGO