JAMES D. SAVAGE, Esq. (143936)
*jsavage@bgsplaw.com*
SHIRLEY CARPENTER BRIDWELL, Esq. (201458)
*sbridwell@bgsplaw.com*
BEHAR | GIBBS | SAVAGE | PAULSON LLP
One World Trade Center, 27th Floor
Long Beach, CA 90831-2700
(562) 983-2522 / (562) 983-2541 FAX (562) 590-3541

Attorneys for Defendants
DIANA FRANCO ZORRO, D.D.S. (erroneously sued herein as DR. Zorros DDS) and DIANA FRANCO ZORRO, DDS INC dba SMILES FOR HEALTH (erroneously sued herein as SMILES FOR HEALTH DDS)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA "ALI" SALEMI,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION; CITY OF CARLSBAD; CARLSBAD POLICE DEPARTMENT; CITY OF SAN DIEGO; SAN DIEGO LAW ENFORCEMENT COORDINATION CENTER (SD-LECC); ENCINITAS UNION SCHOOL DISTRICT; STAYBRIDGE SUITES CARLSBAD / IHG HOTELS & RESORTS; SMILES FOR HEALTH DDS; CALIFORNIA DENTAL BOARD; JOHN DOES 1-50,<br><br>Defendants. | No. 25-cv-03387-AGS-MSB<br><br>District Judge Andrew G. Schopler<br>Courtroom 5C<br><br>**NOTICE OF MOTION; DEFENDANTS DIANA FRANCO ZORRO, D.D.S. and DIANA FRANCO ZORRO, DDS INC dba SMILES FOR HEALTH'S MOTION TO DISMISS COMPLAINT**<br><br>Date: December 9, 2026<br>Time: 10:00 a.m.<br>Courtroom: 5C<br><br>**[FRCP 12(b)(b)(6)]** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 9, 2026, at 10:00 a.m., in Courtroom 5C of the United States District Court, Southern District, Edward J. Schwartz United States Courthouse located at 221 West Broadway, San Diego, California, 92101, Defendants DIANA FRANCO ZORRO, D.D.S. (erroneously sued herein as DR. Zorros DDS) and DIANA FRANCO ZORRO, DDS INC dba SMILES FOR HEALTH (erroneously sued herein as SMILES FOR HEALTH DDS) ("Defendants"), will seek an Order dismissing the First Amended Complaint of Plaintiff ALIREZA "ALI" SALEMI ("Plaintiff"), without leave to amend, pursuant to *Federal Rule of Civil Procedure* 12(b)(6).

This Motion will be made and based on the grounds that Plaintiff has failed to state any claims upon which relief can be granted. The Defendants hereby move this Court:

1. To dismiss Plaintiff's cause of action for Assault as against the Defendants, as the Plaintiff's First Amended Complaint does not specifically plead facts sufficient to state a cause of action pursuant to *Federal Rule of Civil Procedure* 12(b)(6);
2. To dismiss Plaintiff's cause of action for Battery as against the Defendants, as the Plaintiff's First Amended Complaint does not specifically plead facts sufficient to state a cause of action pursuant to *Federal Rule of Civil Procedure* 12(b)(6);
3. To dismiss Plaintiff's cause of action for Fraud/"Falsification of Medical Records" as against the Defendants, as the Plaintiff's First Amended Complaint does not specifically plead facts sufficient to state a cause of action pursuant to *Federal Rule of Civil Procedure* 12(b)(6);

4. To dismiss Plaintiff's cause of action for Intentional Infliction of Emotional Distress as against the Defendants, as the Plaintiff's First Amended Complaint does not specifically plead facts sufficient to state a cause of action pursuant to *Federal Rule of Civil Procedure* 12(b)(6);
5. To dismiss Plaintiff's claim for punitive damages as against the Defendants, as the Plaintiff's First Amended Complaint does not specifically plead facts sufficient to make this claim pursuant to *Federal Rule of Civil Procedure* 12(b)(6); and
6. To dismiss Plaintiff's claim for attorney's fees as against the Defendants, as the Plaintiff's First Amended Complaint does not specifically plead facts sufficient to make this claim pursuant to *Federal Rule of Civil Procedure* 12(b)(6).

///

///

///

The motion is brought following an attempt to meet and confer with the Plaintiff concerning the deficiencies of the First Amended Complaint, pursuant to the requirements of Local Rule 7-3. (*Declaration of Shirley Carpenter Bridwell*, ¶ 2.) This Motion will be made and based upon this Notice of hearing, the attached Memorandum of Points and Authorities, the attached Declaration of Shirley Carpenter Bridwell with exhibits, upon all of the records and documents on file herein, and upon such oral and documentary evidence as may be presented at the hearing of this matter.

DATED: September 23, 2026 BEHAR | GIBBS | SAVAGE | PAULSON LLP

BY: *<u>/s/ Shirley Carpenter Bridwell</u>*
JAMES D. SAVAGE
SHIRLEY CARPENTER-BRIDWELL
Attorneys for Defendants
DIANA FRANCO ZORRO, D.D.S. and
DIANA FRANCO ZORRO, DDS INC dba
SMILES FOR HEALTH